# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA BROTHERTON,**

      **Plaintiff,**

**v.**                                                  **Case No:**   **6:14-cv-1817-Orl-22DAB**

**ELI LILLY AND COMPANY,**

      **Defendant.**

## ORDER

This cause comes before the Court upon a review of the file.

Local Rule 1.02(c) provides,

> All civil proceedings of any kind shall be instituted in that Division encompassing the county or counties having the greatest nexus with the cause, giving due regard to the place where the claim arose and the residence or principal place of business of the parties.

The Complaint alleges that Plaintiff is a resident of Sarasota County, Florida (Doc. 1, ¶2). The Complaint further alleges that Defendant is an Indiana corporation with its headquarters in Indianapolis, Indiana. (Doc. 1, ¶3). Plaintiff asserts she suffered injuries from the ingestion and discontinuation of the drug Cymbalta. The Complaint is devoid of any allegations showing a nexus to the Orlando Division of this Court. Sarasota County, Florida is located in the Tampa Division of this Court. *See,* Local Rule 1.02(b)(4).

Based on the foregoing, it is ordered as follows:

1. This case is hereby TRANSFERRED to the Tampa Division of the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 17, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties